PRINCETON FIRST AID & RESCUE SQUAD, INC. v. DIVISION ON CIVIL RIGHTS OF THE DEPT. OF LAW & PUBLIC SAFETY.

February 1, 1977. Petition for certification granted.

IN THE MATTER OF: THE PROBATE OF THE ALLEGED WILL OF ROY LEHMANN, DECEASED.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BLAKELY.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES BOSE.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BULLOCK.

February 1, 1977. Petition for certification denied.

BUNKER HILL CRANBERRY CO., INC. v. TOWNSHIP OF JACKSON.

February 1, 1977. Petition for certification denied. (See 144 *N. J. Super.* 230)